UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alberto VILLA,<br><br>                              Petitioner,<br><br>v.<br><br>WARDEN, et al.,<br><br>                              Respondents. | Case No.:  26-cv-2783-AGS-DDL<br><br>**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING BOND HEARING** |

Petitioner Alberto Villa seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. The government "concedes that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." (ECF 8, at 2.) The Court thus **GRANTS** the petition and orders that petitioner receive such a bond hearing by May 25, 2026. All pending deadlines and hearings are vacated, and all pending motions are denied. The Clerk's Office is directed to issue a judgment and close this case.

Dated:  May 11, 2026

_____
Hon. Andrew G. Schopler
United States District Judge