UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alberto VILLA, | Case No.:  26-cv-2783-AGS-DDL |
| Petitioner, | **ORDER GRANTING IMMEDIATE RELEASE (ECF 11)** |
| v. | |
| WARDEN, et al., | |
| Respondents. | |

This Court ordered respondents to provide petitioner Alberto Villa with a bond hearing by "May 25, 2026." (ECF 9, at 1.) When petitioner requested release because respondents missed that deadline by nearly two weeks, this Court ordered a response addressing "(1) whether petitioner should be immediately released for the government's alleged ongoing failure to remedy petitioner's illegal detention, and (2) why respondents should not be sanctioned for allegedly violating a court order." (ECF 13.)

As to whether the Court should order Villa's immediate release, the government's response includes an apology and notes it has now scheduled a bond hearing, but it makes no argument on the release issue—respondents instead "defer to the Court." (ECF 14, at 2.) Absent any argument to the contrary, the Court **GRANTS** petitioner's motion and orders that respondents **IMMEDIATELY RELEASE** petitioner from custody.

On the sanctions issue, the submission suffices to show that neither respondents nor respondents' counsel should be sanctioned. According to respondents' counsel, he was dealing with a family medical emergency, among other issues. (ECF 14, at 1.) And respondents' counsel admits he "should have provided the order to [respondents] in a timely fashion and requested assistance from colleagues, while counsel was addressing family needs, to ensure compliance with the Court order." (*Id.* at 2.) He also "sincerely apologizes for the failure." (*Id.*) Respondents and respondents' counsel are admonished to scrupulously follow court orders and deadlines going forward.

Dated:  June 5, 2026

Hon. Andrew G. Schopler
United States District Judge

2